UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATAWAKUMA TERRELONGE,    CASE NO. 25-23463-CIV-DIMITROULEAS

   Petitioner,

Vs.

KRISTI NOEM, PAMELA BONDI,
AND JUAN AGUDELO,

   Respondent.
_____/

**FINAL JUDGEMENT AND ORDER DISMISSING PETITION**

THIS CAUSE is before the Court on Petitioner Terrelonge's July 22, 2025[1] *pro se* Petition for Writ of Habeas Corpus [DE-1]. The Court has considered the Court file and the Government's September 1, 2025 Response [DE-6]. The Court finds as follows:

1. Petitioner is a native and citizen of Jamaica.

2. He has prior felony convictions for Robbery and Possession of a Handgun [DE-6-1]; Illegal Reentry (2) [DE-6-4], [DE-6-6].

3. He has previously been deported on March 7, 2023 [DE-6-3], on September 14, 2007 [DE-6-5], and on March 28, 2024.

4. On March 20, 2024, an Immigration Judge denied Petitioner's Reasonable Fear application and ordered him removed to Jamaica. He was prematurely removed on March 28, 2024.

---

[1] Received July 31, 2025.

5. On December 10, 2024, he was returned to the United States, but he was detained during the withholding – only proceedings. On May 23, 2025, a reviewing panel recommended that Petitioner remain in custody. [DE-6-8].

6. On August 5, 2025, the Immigration Judge denied relief and ordered him removed from the United States to Jamacia. [DE-6-9]. Any appeal is due on or before September 4, 2025. [DE-6-7].

7. The Court agrees with the Government's response that Petitioner's request is premature. He is not yet subject to an administrative final order of removal. Akinwale v. Ashcroft, 287 F. 3d 1050, 1052 (11th Cir. 2002). Moreover, he has not accrued post-removal order detention in excess of six months. Phadael v. Ripa, 2024 WL 3088350 at *3 (S.D. Fla. 2024).

Wherefore, the Petition [DE-1] is Dismissed.

The Clerk shall close this case and deny any pending motions as Moot.

The Clerk shall mail a copy of this order to the Petitioner.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of September, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record
Natalie Diaz, AUSA

Atawakuma Terrrelonge, #A-042-259-578
Krome Service Processing Center
Inmate Mail
18201 SW 12th Street
Miami, FL  33194